UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK        Attorney: THE KLEIN LAW GROUP, P.C.

PABLO RODRIQUEZ, ETAL

                              Plaintiff(s)

            - against -

KALMAN TABAK, ETAL

                             Defendant(s)

Index # 12 CIV 1402 (CASTEL)

Purchased February 24, 2012

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WESLEY MOISE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 7, 2012 at 08:25 PM at

C/O ABRAHAM FINKELSTEIN
406 AVENUE F
BROOKLYN, NY 11218

deponent served the within SUMMONS AND COMPLAINT on KALMAN TABAK therein named,

**SUITABLE AGE** — by delivering thereat a true copy of each to ABRAHAM FINKELSTEIN a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY/WHITE | 50 | 5'8 | 190 |

GLASSES

**MAILING** — Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

C/O ABRAHAM FINKELSTEIN
406 AVENUE F
BROOKLYN, NY 11218

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 9, 2012 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** — Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 9, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

WESLEY MOISE
License #: 1341165
Invoice #: 549181

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728