UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ERNESTO HERNANDEZ and GLORIA SACTA,

                Plaintiffs,

     -against-

KALMAN TABAK, ABRAHAM FINKELSTEIN, Individually, NEW HOPE FUND LLC, 1195 SHERMAN AVE, LLC, 1056 BOYNTON AVE, LLC 437 MORRIS PARK LLC and AGUILA INC.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DISCLOSURE STATEMENT OF DEFENDANT AGUILA, INC.**

Case No. 12-CV-1402 (PKC)

Defendant AGUILA, INC., for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a) states as follows:

Aguila, Inc. is a New York Not-for-Profit corporation. There is no parent corporation. There is not stock in Aguila, Inc. and, accordingly, no any publicly held corporation owning 10% or more of its stock.

Dated: White Plains, New York
       October 19, 2012

UNDERWEISER & UNDERWEISER LLP

By:   s/                            
    Barry L. Mendelson, Of Counsel
Attorneys for Defendant, Aguila, Inc.
One Water Street, Third Floor
White Plains, New York 10601
Tel: (914) 761-5628
Fax: (914) 761-8927
Email: blmendelsonesq@optimum.net