USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
ERNESTO HERNANDEZ and GLORIA SACTA,

        Plaintiffs,

   -against-

KALMAN TABAK, ABRAHAM FINKELSTEIN, Individually, NEW HOPE FUND LLC, 1195 SHERMAN AVE, LLC, 1056 BOYNTON AVE, LLC 437 MORRIS PARK LLC and AGUILA INC.

        Defendants.

---------------------------------------x

**STIPULATION**

Case No. 12-CV-1402 (PKC)

IT IS HEREBY STIPULATED by and between the undersigned attorneys for Plaintiffs and Defendant AGUILA, INC.,

1. The time for Defendant Aguila, Inc., to move or answer is extended until November 20, 2012.

2. Defendant, Aguila, Inc., will not contest service of process or the *in personam* jurisdiction of the Court.

3. A copy of this Stipulation bearing the facsimile or email signatures of the parties hereto shall be treated as an original for all purposes.

Dated: White Plains, New York
October 19, 2012

_____
DELMAS A. COSTIN, JR. ESQ. (DC2926)
Attorney for Plaintiffs
177 E. 161 Street
Bronx, NY 10451
Tel: (718) 618-0589
Fax: (347) 510-0099
Email: dacostin@dacostinlaw.com

UNDERWEISER & UNDERWEISER LLP
By: _____
Barry L. Mendelson, Of Counsel (BM7347)
Attorneys for Defendant, Aguila, Inc.
One Water Street, Third Floor
White Plains, New York 10601
Tel: (914) 761-5628
Fax: (914) 761-8927
Email: blmendelsonesq@optimum.net