USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
ERNESTO HERNANDEZ,
      PLAINTIFF,

   - against -

KALMAN TABAK, ABRAHAM FINKELSTEIN,
Individually, NEW HOPE FUND LLC, 1195
SHERMAN AVE. LLC, 1056 BOYNTON AVE.
LLC, 437 MORRIS PARK LLC, and AGUILA,
INC.
      DEFENDANTS.
---------------------------------- X

Case No. 12-CV-1402 (PKC)

**STIPULATION TO VACATE JUDGMENT AND ORDER TO VACATE JUDGMENT**

IT IS HEREBY STIPULATED and agreed, by and between plaintiff Ernesto Hernandez and defendants Kalman Tabak, Abraham Finkelstein, New Hope Fund LLC, 1185 Sherman Ave. LLC, 1056 Boynton Ave. LLC, 437 Morris Park LLC and Aguila, Inc. that the Clerk's Judgment entered on April 10, 2013 be vacated. *The case remains closed.*

Date: New York, New York
May 5, 2013

_____
Delmas A. Costin, Jr
LAW OFFICE OF DELMAS A. COSTIN, JR.
177 East 161st Street
Bronx, NY 10451
Tel.: 718-618-0589
*Attorneys for Plaintiff*

_____
Stuart Weinberger, Esq. (SW7889)
GOLDBERG and WEINBERGER LLP
630 Third Avenue, 18th Floor
New York, NY 10017
Tel.: 212-867-9595 (ext. 313)
*Attorneys for Defendants*
Kalman Tabak, Abraham Finkelstein, New Hope Fund LLC, 1195 Sherman Ave. LLC, 1056 Boynton Ave. LLC, and 437 Morris Park LLC

_____
Barry L. Mendelson, Of Counsel
UNDERWEISER & UNDERWEISER LLP
Attorneys for Defendant, Aguila, Inc.
One Water Street, Third Floor
White Plains, New York 10601
(914) 761-5628

IT IS HEREBY ORDERED THAT the Judgment entered against the above named Defendants in this case is hereby VACATED and that the Clerk is directed to VACATE the Judgment entered against the Defendants.

SO ORDERED

_____    Dated 5-10-13
U.S.D.J.